Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
    Gloria Littles-Andrades

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LITTLES-ANDRADES, | No. C08-02837 |
| Plaintiff, | COMPLAINT FOR ERISA BENEFITS |
| vs. | |
| CUSHMAN & WAKEFIELD OF CALIFORNIA INC., LONG TERM DISABILITY PLAN | |
| Defendant, | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | |
| Real Party in Interest. | |

Comes now plaintiff alleging of defendant as follows:

**Jurisdiction**

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 28 U.S.C. 1132(f).

**Complaint for Damages**                                      1

9. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorneys fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $150,000 through trial.

Wherefore, plaintiff prays for relief as set forth below:

1. For benefits, past and future, for long term disability, in the sum of $181,500. plus interest according to proof;

2. For attorneys fees of $150,000 or according to proof;

3. For such other relief as the court deems just and proper.

Dated: June 6, 2008

Laurence F. Padway
Attorney for plaintiff Gloria Littles-Andrades

**Complaint for Damages**                    3