Laurence F. Padway (SBN 083914)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-0680
Facsimile:  (510) 814-0650

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LITTLES-ANDRADES,<br><br>Plaintiff,<br><br>vs.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA INC., LONG TERM DISABILITY PLAN<br><br>Defendant, | CASE NO. C08-02837 EMC<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>Real Party in Interest. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 10, 2008              LAW OFFICES OF LAURENCE PADWAY


                                  By: /s/ Laurence F. Padway
                                      Laurence F. Padway
                                      Attorney for Plaintiff

CERTIFICATE OF                                              CASE NO. C08-02837 EMC
INTERESTED ENTITIES OR PERSONS          1