Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff
Gloria Littles-Andrades

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LITTLES-ANDRADES,<br><br>Plaintiff,<br><br>vs.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA INC., LONG TERM DISABILITY PLAN<br><br>Defendant, | No. C 08-02837 EMC<br><br>PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTION |
| UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>Real Party in Interest. | |

I declare under penalty of perjury that I mailed the summons and complaint in this case on June 10, 2008 to defendant Unum Life Insurance Company, and on June 18 to real party in interest, Cushman & Wakefield by certified mail with a requested return receipt in accordance with CCP 415.40.

Attached are the executed return receipts as addressed to each defendant.

Dated: June 26, 2008

*Susan A. Pope*
Susan A. Pope - Legal Assistant

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *N. Campbell*   ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery  6-13-08 |
| 1. Article Addressed to:<br>Unum Life Ins. Co. of America<br>1 Fountain Square<br>Chattanooga, TN 37402 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7001 1940 0005 5774 0699 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Mellin Johnson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Melvin Johnson   C. Date of Delivery: 6/20/08 |
| 1. Article Addressed to:<br>Cushman + Wakefield of CA<br>51 West 52nd St.<br>New York, NY 10019 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7001 1940 0005 5774 0835 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540