1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430

5  Attorneys for Defendants
6  CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
   LONG TERM DISABILITY PLAN;
7  UNUM LIFE INSURANCE COMPANY OF AMERICA

   **LAW OFFICES OF LAURENCE F. PADWAY**
8  LAURENCE F. PADWAY - State Bar No. 89314
   1516 Oak Street, Suite 109
9  Alameda, California 94501
   Telephone: (510) 814-0680
10 Facsimile: (510) 814-0650

11 Attorneys for Plaintiff
   GLORIA LITTLES-ANDRADES
12

13                  **UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15
                                                **E-FILING**
16

17 GLORIA LITTLES-ANDRADES,        )
                                   )  CASE NO.  C 08-02837 EMC
18                                 )
                                   )  **STIPULATION TO EXTEND TIME**
19        Plaintiff,                )  **TO ANSWER OR OTHERWISE**
                                   )  **RESPOND TO PLAINTIFF'S**
20    vs.                          )  **COMPLAINT**
                                   )
21 CUSHMAN & WAKEFIELD OF CALIFORNIA, )
   INC., LONG TERM DISABILITY PLAN; )
22 UNUM LIFE INSURANCE COMPANY OF  )
   AMERICA (Real Party in Interest), )
23                                 )
          Defendants.              )
24 _____)

25

26    **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

27 respective attorneys of record, that defendants CUSHMAN & WAKEFIELD OF CALIFORNIA,

28 INC., LONG TERM DISABILITY PLAN and UNUM LIFE INSURANCE COMPANY OF

---

-1-

**STIPULATION TO EXTEND TIME**
**TO RESPOND TO COMPLAINT**                                    **CASE NO.**  C 08-02837 EMC

1  AMERICA shall have up to and including August 11, 2008, to answer or otherwise respond to
2  plaintiff's complaint.
3      Pursuant to local rules, this document is being electronically filed through the Court's
4  ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this
5  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
6  concurred with the filing of this document; and (3) a record supporting this concurrence is
7  available for inspection or production if so ordered.
8      **SO STIPULATED.**
9          LAW OFFICES OF LAURENCE F. PADWAY
10
11 DATED: July 14, 2008    By:  /s/ LAURENCE F. PADWAY
                                         LAURENCE F. PADWAY
12                                          Attorneys for Plaintiff
                                         GLORIA LITTLES-ANDRADES
13
14
                                         RIMAC & MARTIN, P.C.
15
16
17 DATED: July 14, 2008    By:  /s/ ANNA M. MARTIN
                                         ANNA M. MARTIN
                                         Attorneys for Defendants
18                                          CUSHMAN & WAKEFIELD OF CALIFORNIA,
                                         INC., LONG TERM DISABILITY PLAN; UNUM
19                                          LIFE INSURANCE COMPANY OF AMERICA
20
21
22
23
24
25
26
27
28

**STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT**                      **CASE NO.** C 08-02837 EMC