1  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
6  LONG TERM DISABILITY PLAN;
   UNUM LIFE INSURANCE COMPANY OF AMERICA
7
   **LAW OFFICES OF LAURENCE F. PADWAY**
8  LAURENCE F. PADWAY - State Bar No. 89314
   1516 Oak Street, Suite 109
9  Alameda, California 94501
   Telephone: (510) 814-0680
10 Facsimile: (510) 814-0650

11 Attorneys for Plaintiff
   GLORIA LITTLES-ANDRADES
12

13                **UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16                      *E-FILING*

17 GLORIA LITTLES-ANDRADES,          )
                                     )  CASE NO.  C 08-02837 EMC
18                                   )
              Plaintiff,             )  **STIPULATION TO EXTEND TIME**
19                                   )  **TO ANSWER OR OTHERWISE**
         vs.                         )  **RESPOND TO PLAINTIFF'S**
20                                   )  **COMPLAINT**  ; ORDER
   CUSHMAN & WAKEFIELD OF CALIFORNIA, )
21 INC., LONG TERM DISABILITY PLAN;  )
   UNUM LIFE INSURANCE COMPANY OF    )
22 AMERICA (Real Party in Interest), )
                                     )
23            Defendants.            )
   _____  )
24

25

26     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

27 respective attorneys of record, that defendants CUSHMAN & WAKEFIELD OF CALIFORNIA,

28 INC., LONG TERM DISABILITY PLAN AND UNUM LIFE INSURANCE COMPANY OF

                                    **-1-**

1   AMERICA shall have up to and including August 11, 2008, to answer or otherwise respond to

2   plaintiff's complaint.

3          Pursuant to local rules, this document is being electronically filed through the Court's

4   ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this

5   document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

6   concurred with the filing of this document; and (3) a record supporting this concurrence is

7   available for inspection or production if so ordered.

8          **SO STIPULATED.**

9                                              LAW OFFICES OF LAURENCE F. PADWAY

10

11  DATED:  July 14, 2008          By:     /s/ LAURENCE F. PADWAY
                                           LAURENCE F. PADWAY
12                                         Attorneys for Plaintiff
                                           GLORIA LITTLES-ANDRADES
13

14                                         RIMAC & MARTIN, P.C.

15

16

17  DATED:  July 14, 2008          By:     /s/ ANNA M. MARTIN
                                           ANNA M. MARTIN
18                                         Attorneys for Defendants
                                           CUSHMAN & WAKEFIELD OF CALIFORNIA,
                                           INC., LONG TERM DISABILITY PLAN; UNUM
19                                         LIFE INSURANCE COMPANY OF AMERICA

20

21  IT IS SO ORDERED:

22

23

24  _____
    Edward M. Chen
25  U.S. Magistrate

26

27

28

-2-