1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RIMAC  MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No.  72381
ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
LONG TERM DISABILITY PLAN;
UNUM LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

# *E-FILING*

GLORIA LITTLES-ANDRADES,

               Plaintiff,

     vs.

CUSHMAN & WAKEFIELD OF CALIFORNIA,
INC., LONG TERM DISABILITY PLAN;
UNUM LIFE INSURANCE COMPANY OF
AMERICA (Real Party in Interest),

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  C 08-02837 EMC

**DEFENDANTS' DECLINATION TO
PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE**

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

      NOTICE IS HEREBY GIVEN that defendants CUSHMAN & WAKEFIELD OF

CALIFORNIA, INC., LONG TERM DISABILITY PLAN;  and UNUM LIFE INSURANCE

COMPANY OF AMERICA respectfully decline to proceed before a United States Magistrate

/ / /

/ / /

/ / /

/ / /

---

**-1-**

DEFENDANTS' DECLINATION TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE          CASE NO.  C 08-02837 EMC

1   Judge in this proceeding and request the matter be assigned to a United States District Court

2   Judge.

3
                                        RIMAC  MARTIN, P.C.
4

5
    DATED:  August 11, 2008        By:      /s/ ANNA M. MARTIN
6                                         ANNA M. MARTIN
                                          Attorneys for Defendants
7                                         CUSHMAN & WAKEFIELD OF CALIFORNIA,
                                          INC., LONG TERM DISABILITY PLAN; UNUM
8                                         LIFE INSURANCE COMPANY OF AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-