1  **RIMAC MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendants
   CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
6  LONG TERM DISABILITY PLAN;
   UNUM LIFE INSURANCE COMPANY OF AMERICA
7

8                   UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                                  *E-FILING*

12 GLORIA LITTLES-ANDRADES,           )
                                      )  CASE NO.  C 08-02837 EMC
13                                    )
           Plaintiff,                 )  **CERTIFICATION OF INTERESTED**
14                                    )  **ENTITIES OR PERSONS**
      vs.                             )
15                                    )
   CUSHMAN & WAKEFIELD OF CALIFORNIA, )
16 INC., LONG TERM DISABILITY PLAN;   )
   UNUM LIFE INSURANCE COMPANY OF     )
17 AMERICA (Real Party in Interest),  )
                                      )
18         Defendants.                )
                                      )
19 _____)

20      The undersigned certifies that the following listed persons, associations of persons, firms,
21 partnerships, corporations (including parent corporations) or other entities (i) have a financial
22 interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
23 financial interest in that subject matter or in a party that could be substantially affected by the
24 outcome of this proceeding:
25      1.   Gloria Littles-Andrades, Plaintiff.
26      2.   Cushman & Wakefield of California, Inc. Long Term Disability Plan, Defendant.
27      3.   Unum Life Insurance Company of America, Defendant.
28 / / /

---

**-1-**
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.  C 08-02837 EMC

4. Unum Group, parent corporation of Unum Life Insurance Company of America.

RIMAC MARTIN, P.C.

DATED: August 11, 2008         By:    /s/ ANNA M. MARTIN
                                      ANNA M. MARTIN
                                      Attorneys for Defendants
                                      CUSHMAN & WAKEFIELD OF CALIFORNIA,
                                      INC., LONG TERM DISABILITY PLAN; UNUM
                                      LIFE INSURANCE COMPANY OF AMERICA