United States District Court
For the Northern District of California

1
2
3
4
5
6
7      UNITED STATES DISTRICT COURT
8      NORTHERN DISTRICT OF CALIFORNIA
9
10   GLORIA LITTLES-ANDRADES,                  Case No. C08-2837 EMC
11              Plaintiff,
12       v.
13   CUSHMAN & WAKEFIELD OF
     CALIFORNIA, et al.,
14
15              Defendants.
16   _____/
17
18
19              **NOTICE OF IMPENDING REASSIGNMENT TO**
20              **A UNITED STATES DISTRICT COURT JUDGE**

21      The Clerk of this Court will now randomly reassign this case to a United States District

22   Judge because either:

23      ( x )  One or more of the parties has requested reassignment to a United States District
24   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

25
26      (   )  One or more of the parties has sought a type of judicial action (e.g., a temporary
27   restraining order) that a United States Magistrate Judge may not take without the consent of all
28   parties, the necessary consents have not been secured, and time is of the essence.

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

4

5  Dated: August 12, 2008                    Richard W. Wieking, Clerk
                                             United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California

2