1 | Laurence F. Padway, #89314
2 | Law Offices of Laurence F. Padway
  | 1516 Oak Street, Suite 109
  | Alameda, California 94501
3 | Telephone: (510)814-0680
  | Facsimile : (510)814-0650
4 |
5 | Attorneys for plaintiff
  | Gloria Littles-Andrades

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLORIA LITTLES-ANDRADES, | No. C 08-02837 EMC |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| CUSHMAN & WAKEFIELD OF CALIFORNIA INC., LONG TERM DISABILITY PLAN | |
| Defendant, | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | |
| Real Party in Interest. | |

# PROOF OF SERVICE

I am a citizen of the United States, employed in the county of Alameda, State of California. I am over the age of 18 and not a party to this action. My business address is 1516 Oak Street, Suite 109, Alameda, CA 94501.

On the date set forth below, I caused the following document(s) to be served as follows:

**CASE MANAGEMENT CONFERENCE ORDER**

___ **MAIL** – I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Services. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, with postage fully prepaid and deposited at or before the close of business.

_X_ **FACSIMILE** – I served a true copy of the aforementioned document by use of facsimile machine on the parties in this action to the numbers as set forth below. The facsimile machine I used complied with California Rules of Court, Rule 2003 (3) and no error was reported by the machine. Pursuant to Rules of Court, Rule 2008 (e) I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

___ **PERSONAL SERVICE** – Delivered by hand to the addressee addressed as set forth below.

___ **OVERNIGHT DELIVERY** – By causing a true copy to and/or original thereof to be sent via overnight delivery.

RIMAC MARTIN, P.C.
Joseph M. Rimac
Anna M. Martin
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415-561-8440
Fax: 415-561-8430

I declare the foregoing under penalty of perjury.

Executed on September 3, 2008 at Alameda, California.

_____
Susan Pope

```
************ -COMM. JOURNAL- ************* DATE SEP-03-2008 ***** TIME 11:31 ********

            MODE = MEMORY TRANSMISSION         START=SEP-03 11:30    END=SEP-03 11:31

            FILE NO.=604
 STN  COMM.   ONE-TOUCH/  STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES     DURATION
 NO.          ABBR NO.

 001  OK       ■          14155618430                                002/002   00:00:19


                                                       -LAURENCE F PADWAY        -

*********************************** -              - **** -      5108140650- ********
```

Case 3:08-cv-02837-MMC    Document 14    Filed 08/21/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GLORIA LITTLES-ANDRADES, | ) |
|---|---|
| | ) |
| Plaintiff(s), | ) NO. C- 08-2837   MMC |
| vs. | ) |
| | ) CASE MANAGEMENT |
| CUSHMAN & WAKEFIELD OF CA, | ) CONFERENCE ORDER |
| et al., | ) |
| Defendant(s), | ) |

IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference will be held in this case before the Honorable Maxine M. Chesney on __Friday, September 12, 2008__ at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building.

Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

Any request to reschedule the above dates shall be made in writing, and, if