1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430

5  Attorneys for Defendants
6  CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
   LONG TERM DISABILITY PLAN;
7  UNUM LIFE INSURANCE COMPANY OF AMERICA

8  **LAW OFFICES OF LAURENCE F. PADWAY**
   LAURENCE F. PADWAY - State Bar No. 89314
9  1516 Oak Street, Suite 109
   Alameda, California 94501
10 Telephone: (510) 814-0680
   Facsimile: (510) 814-0650

11 Attorneys for Plaintiff
   GLORIA LITTLES-ANDRADES
12

13               **UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16                                    **E-FILING**

17 GLORIA LITTLES-ANDRADES,        )
                                   )   CASE NO. C 08-02837 MMC
18                                 )
19         Plaintiff,              )   **STIPULATION TO CONTINUE**
                                   )   **MEDIATION DEADLINE;**
20     vs.                         )   **[PROPOSED] ORDER THEREON**
                                   )
21 CUSHMAN & WAKEFIELD OF CALIFORNIA, )
   INC., LONG TERM DISABILITY PLAN;  )
22 UNUM LIFE INSURANCE COMPANY OF    )
   AMERICA (Real Party in Interest), )
23                                 )
           Defendants.              )
24 _____)

25     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

26 respective attorneys of record herein, that plaintiff GLORIA LITTLES-ANDRADES and

27 defendants CUSHMAN & WAKEFIELD OF CALIFORNIA, INC. LONG TERM DISABILITY

28 PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA may have up to and

---

-1-
**STIPULATION TO CONTINUE MEDIATION**
**DEADLINE AND ORDER THEREON**                                 **CASE NO.** C 08-02837 MMC

including January 31, 2009 to complete mediation of this matter.  The deadline for completing mediation is currently set for January 12, 2009.

Good cause exists for this brief continuation, as January 28, 2009 is the first mutually-convenient date that the parties, clients, and the court-appointed mediator, Rebecca Hull, are available for mediation.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

LAW OFFICES OF LAURENCE F. PADWAY

DATED:  December 8, 2008        By:     /s/ LAURENCE F. PADWAY
                                        LAURENCE F. PADWAY
                                        Attorneys for Plaintiff
                                        GLORIA LITTLES-ANDRADES

RIMAC MARTIN, P.C.

DATED:  December 8, 2008        By:     /s/ ANNA M. MARTIN
                                        ANNA M. MARTIN
                                        Attorneys for Defendants
                                        CUSHMAN & WAKEFIELD OF CALIFORNIA,
                                        INC., LONG TERM DISABILITY PLAN; UNUM
                                        LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that the mediation deadline in this matter, heretofore set for January 12, 2009, be and hereby is continued to **January 31, 2009.**

**SO ORDERED.**

DATED: December 10, 2008                _____
                                        UNITED STATES DISTRICT COURT JUDGE

-2-

STIPULATION TO CONTINUE MEDIATION
DEADLINE AND ORDER THEREON                                CASE NO.  C 08-02837 MMC