| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 4 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |

Attorneys for Defendants
CUSHMAN & WAKEFIELD OF CALIFORNIA, INC.,
LONG TERM DISABILITY PLAN;
UNUM LIFE INSURANCE COMPANY OF AMERICA

**LAW OFFICES OF LAURENCE F. PADWAY**
LAURENCE F. PADWAY - State Bar No. 89314
COSTA NIKOLOUTSOPOULOS - State Bar No. 248905
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff
GLORIA LITTLES-ANDRADES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-FILING

| | |
|---|---|
| GLORIA LITTLES-ANDRADES,<br><br>              Plaintiff,<br><br>       vs.<br><br>CUSHMAN & WAKEFIELD OF CALIFORNIA,<br>INC., LONG TERM DISABILITY PLAN;<br>UNUM LIFE INSURANCE COMPANY OF<br>AMERICA (Real Party in Interest),<br><br>              Defendants. | CASE NO. CV 08-02837 MMC<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE AND<br>[PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff

GLORIA LITTLES-ANDRADES and defendants CUSHMAN & WAKEFIELD OF

CALIFORNIA, INC., LONG TERM DISABILITY PLAN and UNUM LIFE INSURANCE

---

-1-
**STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON**                                                     **CASE NO.** CV 08-02837 MMC

1  COMPANY OF AMERICA, through their designated counsel of record herein, that the above-
2  captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil
3  Procedure, Rule 41.
4    Each party shall bear its own costs and attorneys' fees in this action.
5    Pursuant to local rules, this document is being electronically filed through the Court's
6  ECF System.  In this regard, counsel for defendants hereby attests that (1) the content of this
7  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
8  concurred with the filing of this document; and (3) a record supporting this concurrence is
9  available for inspection or production if so ordered.
10   **SO STIPULATED.**
11                                    LAW OFFICES OF LAURENCE F. PADWAY
12
13  DATED:  February 27, 2009      By:   /s/ LAURENCE F. PADWAY
                                         LAURENCE F. PADWAY
14                                       Attorneys for Plaintiff
                                         GLORIA LITTLES-ANDRADES
15
16                                    RIMAC  MARTIN, P.C.
17
18  DATED:  February 27, 2009      By:   /s/ ANNA M. MARTIN
                                         ANNA M. MARTIN
19                                       Attorneys for Defendants
                                         CUSHMAN & WAKEFIELD OF CALIFORNIA,
20                                       INC., LONG TERM DISABILITY PLAN; UNUM
                                         LIFE INSURANCE COMPANY OF AMERICA
21
22
23                                    **ORDER**
24
25  **SO ORDERED.**
26
27  DATED: February 27, 2009        _____
                                    UNITED STATES DISTRICT COURT JUDGE
28

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                          CASE NO.  CV 08-02837 MMC